IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 20-87-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER DISMISSING FORFEITURE ALLEGATION WITH PREJUDICE |
| LELAND THOMAS ASH, JR., | |
| Defendant. | |

The United States has filed an Unopposed Motion for Dismissal of Forfeiture Proceedings (Doc. 30). For good cause being shown,

IT IS HEREBY ORDERED, that the forfeiture action in the above-captioned case is **DISMISSED** with prejudice.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 13th day of August, 2021.

SUSAN P. WATTERS
United States District Court Judge

1